IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00650-RPM

JOHN SMITH,

     Plaintiff,

v.

PLANNED BENEFIT SYSTEMS INC./COBRA COMPLIANCE INC.;
NAVAJO, INC.; and
FLOOD & PETERSON BENEFITS, LLC,

     Defendants.

_____

## ORDER
_____

     Upon consideration of Plaintiff's Motion to Amend Complaint [14], it is

     ORDERED that the motion is granted and the Amended Complaint attached thereto is accepted for filing.

     DATED:  August 13th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge