IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00650-RPM

JOHN SMITH,

    Plaintiff,

v.

PLANNED BENEFIT SYSTEMS INC./COBRA COMPLIANCE INC.;
NAVAJO, INC.; and
FLOOD & PETERSON BENEFITS, LLC,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [25], it is

ORDERED that this action is dismissed with prejudice, each party to bear and pay their own costs and attorney fees.

DATED:   December 2nd, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge